UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00479-2-HZ |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| **ALEXIS RICHTER,** | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, ALEXIS RICHTER in the above-captioned case, filed on October 7, 2020 be DISMISSED with prejudice.

Dated: February ____, 2021

_____
HONORABLE MARCO A. HERNÁNDEZ
United States Chief District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney